No. 72–1269. DAVIDSON *v.* LONG ISLAND RAILROAD Co. C. A. 2d Cir. Certiorari denied. 

No. 72–6026. DAVIS *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 72–6034. PIPITO *v.* CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–6038. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 72–6128. LACEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6143. McGANN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–6158. BUENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6166. KELLY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–6173. HILLMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–6174. RAGIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6176. JUSTICE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–6178. BATTAGLIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6194. McANULTY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.